WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Lehman Brothers Holdings Inc.
and Lehman Brothers Special Financing Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| Debtors. | : | |

| | | |
|---|---|---|
| Lehman Brothers Holdings Inc., as Plan Administrator, and Lehman Brothers Special Financing Inc., | : | Adversary Proceeding Case No. 13-01554 (SCC) |
| Plaintiffs, | : | |
| v. | : | |
| Giants Stadium LLC, | : | |
| Defendant. | : | |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference (the "Conference") in the above-captioned adversary proceeding, which was scheduled for May 14, 2014 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to June 19, 2014 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The Conference will be held

before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621.

Dated: May 7, 2014
      New York, New York

/s/ Richard W. Slack
Richard W. Slack

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Lehman Brothers Special Financing Inc.