**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                    :

In re:                                :        Chapter 11
                    :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        Case No. 08-13555 (SCC)
                    :

             Debtors.        :        (Jointly Administered)
                    :

------------------------------------------------------------------------x
                    :

Lehman Brothers Holdings Inc., as Plan Administrator,   :        Adversary Proceeding
and Lehman Brothers Special Financing Inc.,   :        Case No. 13-01554 (SCC)
                    :

             Plaintiffs,     :

                    :

             v.           :

                    :

Giants Stadium LLC,                   :

                    :

             Defendant.     :

------------------------------------------------------------------------x    **Ref. Docket No. 28**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On May 7, 2014, I caused to be served the "Notice of Adjournment of Pre-Trial Conference,"
    *regarding Scheduled Conference for May 14, 2014*, dated May 7, 2014 [Docket No. 28 in
    Adv. Proc. Case No. 13-01554], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight
         mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to me this
9th day of May, 2014
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

T:\Clients\LBH\Affidavits\Adv Case No 13-01554 - NOA Pre-Trial Conf Sch for May 14, 2014_DI_28 in Adv. Proc. 13-01554_AFF_5-7-14_KH.doc

**EXHIBIT A**

# Exhibit A

## Counsel To The Official Committee Of Unsecured  Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

GIANTS STADIUM LLC
C/O SULLIVAN & CROMWELL LLP
ATTN: MATHERW A. SCHWARTZ, ESQ.,
THOMAS JOHN WRIGHT,ESQ.
ZEH S. EKONO, ESQ.
125 BROAD STREET
NEW YORK, NY 10004